A95A2465. INTEGON GENERAL INSURANCE CORPORATION v. THOMPSON et al.
(487 SE2d 712)

BIRDSONG, Presiding Judge.

In *Duncan v. Integon Gen. Ins. Corp.*, 267 Ga. 646 (482 SE2d 325), the Supreme Court reversed the judgment of this Court in *Integon Gen. Ins. Co. v. Thompson*, 220 Ga. App. 631 (469 SE2d 346). Therefore, our judgment in this appeal is vacated, and the judgment of the Supreme Court is made the judgment of this Court. Accordingly, the judgment of the trial court is affirmed.

*Judgment affirmed. Johnson and Smith, JJ., concur.*

DECIDED JUNE 19, 1997.

*Smith, Howard & Ajax, Michael D. St. Amand*, for appellant.

*Paul C. Parker & Associates, William S. Sarandis, Brack & Westee, Philip L. Westee*, for appellees.

*Butler, Wooten, Overby & Cheeley, Albert M. Pearson III*, amicus curiae.